P. E. SULLIVAN, *Appellant*, v. ANN HUGHES MAHL et al., *Respondents.*[1]

*John J. Sullivan, Everett O. Butts*, and *Michael F. Ward*, for appellant.

*James A. Dougan. Joseph B. Smith & W. M. Vandercook, Eggerman & Rosling*, and *Dykeman, Monheimer & Griffin*, for respondents.

PER CURIAM.—This is a companion case of *Sullivan v. Lewis, ante* p. 413, and was tried with it in the superior court. The controlling facts and law are like those in that case, upon the authority of which the judgment in this case is affirmed.

[No. 23841. Department One. December 6, 1932.]

SEABOARD SECURITIES COMPANY, INC., *Respondent*, v. P. E. SULLIVAN et al., *Appellants.*[1]

*John J. Sullivan, Everett O. Butts*, and *Michael F. Ward*, for appellants.

*James A. Dougan, Joseph B. Smith & W. M. Vandercook, Eggerman & Rosling*, and *Dykeman, Monheimer & Griffin*, for respondent.

PER CURIAM.—This is a companion case of *Sullivan v. Lewis, ante* p. 413, and was tried with it in the superior court. Here, the party who holds under the sale by the University Marmon Company was plaintiff against Sullivan; but the controlling facts and law are like those in the *Sullivan v. Lewis* case, upon the authority of which the judgment in this case is affirmed.

[1]Reported in 16 P. (2d) 836.